# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gerre Kurt Kelley and Karen Sue Kelley <br> <u>Debtor(s)</u> | BKY. NO. 13-01896 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0870

                      Respectfully submitted,

                      <u>**/s/ Thomas Puleo**</u>
                      Thomas Puleo, Esquire
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant