United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Gerre Kurt Kelley  
Karen Sue Kelley  
    Debtors

Case No. 13-01896-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: DDunbar    Page 1 of 1    Date Rcvd: Jun 13, 2018  
                   Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.  
db/jdb       +Gerre Kurt Kelley,   Karen Sue Kelley,   53 Independence Drive,   Shippensburg, PA 17257-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Celine P DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com  
        Celine P DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC c/o M&T Bank ecfmail@mwc-law.com  
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        John F Goryl    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin T McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com  
        Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Philip Charles Briganti    on behalf of Debtor 2 Karen Sue Kelley pbriganti@pa.net  
        Philip Charles Briganti    on behalf of Debtor 1 Gerre Kurt Kelley pbriganti@pa.net  
        Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                        TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerre Kurt Kelley, **Debtor 1** | Chapter 13 |
| Karen Sue Kelley, **Debtor 2** | Case No. 1:13−bk−01896−RNO |

Social Security No.:
    xxx−xx−1264    xxx−xx−9034

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 13, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)